OPINION — AG — YOU INQUIRE WHETHER LANDS OWNED BY THE STATE OF OKLAHOMA FOR THE USE AND BENEFIT OF THE DEPARTMENT OF WILDLIFE CONSERVATION, (A) FOR A GAME PRESERVE ; (B) FOR A FISH HATCHERY; MAY BE LAWFULLY VOLUNTARILY TURNED OVER TO THE NATIONAL FOREST SERVICE AT A CONSIDERATION AGREEABLE TO THE WILDLIFE DEPARTMENT ? — AFFIRMATIVE CITE: 64 O.S.H. 421, 60 O.S.H. 4, 60 O.S.H. 9 (FINIS STEWART) *** OVERRULED BY: OPINION NO. MAY 23, 1962